AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Rogelio DIAZ-Delgado**<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 05, 2020__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about March 05, 2020 the defendant Rogelio DIAZ-Delgado was apprehended near Laredo, Texas. After a brief interview it was determined that, Rogelio DIAZ-Delgado was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Rogelio DIAZ-Delgado was previously REMOVED from the United States on 07/01/2019 at Brownsville, Tx. There is no record that Rogelio DIAZ-Delgado has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Jose Monserrate
_Complainant's signature_

Jose Monserrate , Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence,

Date: March 09, 2020

_Judge's signature_

City and state: Laredo, Texas

Diana Song Quiroga , U.S. Magistrate Judge
_Printed name and title_